Leonard Edward JOHNSON, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 22353.

United States Court of Appeals
Fifth Circuit.

Feb. 21, 1966.

Leonard Edward Johnson, for appellant.

John C. Ciolino, Asst. U. S. Atty., New Orleans, La., Louis C. LaCour, U. S. Atty., for appellee.

Before TUTTLE, Chief Judge, and JONES and WATERMAN,* Circuit Judges.

PER CURIAM:

The application of the appellant for relief under 28 U.S.C.A. § 2255 was carefully considered and correctly decided by the district court 252 F.Supp. 116. Its judgment is

Affirmed.

Pascual ARAUZ, Appellant,

v.

CANAL ZONE BUS SERVICE, INC.,
Appellee.

No. 22744.

United States Court of Appeals
Fifth Circuit.

May 10, 1966.

---

* Of the Second Circuit, sitting by designation.

Henry L. Newell, Balboa, Canal Zone, for appellant.

W. J. Sheridan, Jr., Balboa Heights, Canal Zone, for appellee.

Before JONES and GEWIN, Circuit Judges, and HUNTER, District Judge.

PER CURIAM:

The carefully reasoned opinion of the district court [1] sets forth the facts from which this controversy arose and the principles which govern its disposition. No error being shown, the judgment of the district court is

Affirmed.

Angelo P. CIPRARI, Plaintiff-Appellant,

v.

---

1. Arauz v. Canal Zone Bus Service, Inc., D.C.C.Z.1965, 239 F.Supp. 355.